On respondent's petition for reconsideration filed May 25, and appellant's response to the state's petition for reconsideration filed May 31, motion for relief from default granted; reconsideration allowed; former disposition (202 Or App 229, 120 P3d 1258) withdrawn; affirmed August 2, 2006

## STATE OF OREGON,
*Respondent,*

*v.*

## COREY WAYNE SPIKES,
*Appellant.*

040654; A124921

140 P3d 1147

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jonathan H. Fussner, Attorney-In-Charge, Criminal Appeals Unit, for petition.

David O. Ferry, Deputy Public Defender, Office of Public Defense Services, for response.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez*, 340 Or 310, 131 P3d 168 (2006); *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006).